GARDNER, J.—Petition to review judgment and decision in *Hughey Holland v. State,* 11 Ala. App. 134, 66 South. 126. Writ denied.

All the Justices concur.

---

## EX PARTE HOOD, ET AL.

(Decided February 7, 1915.)

CERTIORARI to Court of Appeals.

BALL & SAMFORD, and WALTON H. HILL, for appellant. STEINER, CRUM & WEIL, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeals in *Hood, et al. v. Commercial Germania Trust & S. Bank,* 12 Ala. App. 511, 67 South. 721. Writ denied.

---

## EX PARTE QUICK.

(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

R. E. SMITH, for appellant. R. C. BRICKELL, Attorney General, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeals in *Quick v. State,* 65 South. 1037. Writ denied.

---

## EX PARTE SOUTHERN RAILWAY CO.

(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

COOPER & COOPER, for appellant. R. E. SMITH, for appellee.

MAYFIELD, J.—Petition to review judgment and decision of Court of Appeals in *So. Ry. Co. v. Lawler,* 11 Ala. App. 241, 65 South. 857. Writ denied.

All the Justices concur.